```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 13-3400(DSD/HB)
```

Terrance Alfonso Dudley,

      Plaintiff,

v.                                                   **ORDER**

Tom Roy, Jeff Peterson,
Jason Rudolph, Yolanda
Galvan, Steve Hammer,
Adam Gierok, Kobi Phillips
and Gene Olson, in their
Official, Individual Capacity,

      Defendants.


This matter is before the court upon the objections by pro se plaintiff Terrance Alfonso Dudley to the December 10, 2014, report and recommendation of Magistrate Judge Hildy Bowbeer. The magistrate judge recommended that the court dismiss Dudley's case without prejudice for failure to prosecute. Dudley objects for reasons not responsive to the report and recommendation.

The court reviews the report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the report and recommendation is well-reasoned and correct. Accordingly, **IT IS HEREBY ORDERED** that:

    1. The objections [ECF No. 34] to the magistrate judge's report and recommendation are overruled;

    2. The magistrate judge's report and recommendation [ECF No. 33] is adopted in its entirety;

    3.    The action is dismissed without prejudice for failure to prosecute;

    4.    The motion requesting lawyer representation [ECF No. 3] is denied as moot;

    5.    The application and amended applications to proceed in district court without prepaying fees or costs [ECF Nos. 2, 8, 15] are denied as moot;

    6.    The motion requesting representation [ECF No. 15] is denied as moot;

    7.    The motion requesting to proceed on appeal [ECF No. 16] is denied as moot; and

    8.    The motion to appoint counsel [ECF No. 22] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 6, 2015

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      United States District Court